IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY DOUGLAS, ) | |
| ) | 4:05cv3207 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| GOULD ELECTRONIC, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on filing no. 6, the Amended Complaint filed by the pro se plaintiff, Larry Douglas, a prisoner. The Amended Complaint is actually an Amendment to the complaint, and the two documents should be read together. The plaintiff filed filing no. 6 in response to my Memorandum and Order of September 7, 2005, provisionally denying the plaintiff's Motion to Proceed In Forma Pauperis ("IFP") and requiring clarification of the plaintiff's claims.

    In light of filing no. 6, I will reconsider that part of my prior Memorandum and Order provisionally denying the plaintiff's motion to proceed IFP. The plaintiff is hereby granted leave to proceed IFP, and I request that Magistrate Judge F.A. Gossett prepare a Prisoner Payment Order and an Order on Initial Review.

    SO ORDERED.

    DATED this 28th day of September, 2005.

                                        BY THE COURT:

                                        /s *Richard G. Kopf*
                                        United States District Judge